IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| State of North Dakota, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | Case No.  2:06-cv-96 |
| | ) | |
| Peter Grzeskowiak, | ) | |
| | ) | |
| Defendant. | ) | |

Petitioner, Peter Grzeskowiak, filed a motion to proceed *in forma pauperis* ("IFP").  On January 8, 2007, Magistrate Judge Karen K. Klein issued a Report and Recommendation recommending that the motion be denied (Doc. #2). The Magistrate Judge concluded that, because Plaintiff has failed to state a claim for which relief can be granted in federal court, denial of the application to proceed IFP is appropriate, pursuant to 28 U.S.C. § 1915(e)(2).

The Court has reviewed the Report and Recommendation, along with the entire file, and finds that the Magistrate Judge's position is correct.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, Grzeskowiak's motion is **DENIED** and the case is summarily remanded back to state court.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　　　  /s/    Ralph R. Erickson
　　　　　　　　　　　　　　　　　　　　　Ralph R. Erickson, District Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court